UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Danella Sowe,

          Plaintiff,

v.

Park Nicollet Health Services and
David Ableson,

          Defendants.

Civil No. 12-cv-3178 (JNE/TNL)

**ORDER**

---

Danella Sowe, Shakopee, MN, *pro se* Plaintiff.

Randi J. Winter, Felhaber Larson Fenlon & Wogt, PA, 220 South 6th Street, Suite 2200, Minneapolis, MN 55402, for Defendants.

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated August 20, 2013 (Docket No. 19), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. All claims against Dr. David Ableson in his individual capacity are **DISMISSED**; and

2. Plaintiff is granted 30 days to file an Amended Complaint naming Park Nicollet Health Services as a defendant.


Date: September 9, 2013

          s/Joan N. Ericksen
          JOAN N. ERICKSEN
          United States District Judge